IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 18-00131-CG |
| | ) | |
| ALAN LEE BAKY, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

This cause now comes before the Court upon the United States' motion for a Final Order of Forfeiture for the following asset:

**One Stoeger Cougar, Model 8000F, 9mm semi-automatic handgun, serial number T6429-09A000621**

(hereinafter, the "Stoeger firearm").

The Court hereby finds that the motion is due to be **granted**, for the reasons set forth therein and as set out below:

On October 5, 2018, the United States filed a motion for preliminary order of forfeiture for the Stoeger firearm. Doc. 24. In that motion, the United States established the defendant's interest in the property and the nexus between the property and the defendant's conviction for Count One of the Indictment. Doc. 24, p. 2. On October 9, 2018, pursuant to 18 U.S.C. § 924(d)(1), Title 28 U.S.C. § 2461(c) and Fed. R. Cr. P. 32.2(b), the Court entered a preliminary order of forfeiture for the Stoeger firearm. Doc. 25.

In accordance with the provisions of 21 U.S.C. § 853(n) and Rule 32.2(b)(6), the United States published notice of the forfeiture, and of its intent to dispose of

the Stoeger firearm, on the official government website, www.forfeiture.gov, beginning on October 13, 2018, and ending on November 11, 2018. Doc. 35. The publication gave notice to all third parties with a legal interest in the property to file with the Clerk of the Court, 155 St. Joseph Street, Mobile, AL 36602, and a copy served upon Assistant United States Attorney Gloria A. Bedwell, 63 South Royal Street, Suite 600, Mobile, AL 36602, a petition to adjudicate their interest within 60 days of the first date of publication. *Id*. Further, in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6), the United States properly noticed the only party known to have a potential interest in the property, Shane M. Norris. *See* Doc. 33. However, no party filed a petition or claimed an interest in the property, and the time for filing any such petition has expired.

Further, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A), the Preliminary Order of Forfeiture became final as to the defendant, Alan Lee Baky, at the time of sentencing and was made a part of the sentence and included in the judgment upon timely request by the Government. Doc. 25, p. 2; *see also* doc. 32, p. 6.

Thus, the United States has met all statutory requirements for the forfeiture of the Stoeger firearm, and it is appropriate for the Court to enter a final order of forfeiture.

**NOW, THEREFORE**, the Court having considered the matter and having been fully advised in the premises, it is hereby **ORDERED, ADJUDGED and DECREED** that for good cause shown, the United States' motion is **GRANTED**. Under 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) and Rule 32.2(c)(2) of the Federal

Rules of Criminal Procedure, all right, title, and interest in the Stoeger firearm is **CONDEMNED, FORFEITED and VESTED** in the United States for disposition according to law; and

**IT IS FURTHER ORDERED** that the Federal Bureau of Investigation or other duly authorized federal agency take the Stoeger firearm into its secure custody and control for disposition according to law; and,

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(7), the United States of America has clear title to the Stoeger firearm and may warrant good title to any subsequent purchaser or transferee; and

**IT IS FURTHER ORDERED** that the Federal Bureau of Investigation or other duly authorized federal agency is hereby authorized to dispose of the Stoeger firearm in accordance with the law; and

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**DONE and ORDERED** this 3rd day of January, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE